# David Sajasi
## Statement of Financial Position
### January 2018

---

## ASSETS

| | | |
|---|---|---|
| Cash | $ | 218,000.00 |
| Note Receivable/ Securities | $ | - |
| Stocks and Securities | $ | 13,149,667.00 (1) |
| Real Estate | $ | 12,583,000.00 (2) |
| Personal Property | $ | 275,000.00 (3) |
| **TOTAL ASSETS** | $ | **26,225,667.00** |

## LIABILITIES

| | | |
|---|---|---|
| Note Payable | $ | 7,602,030.00 |
| Real Estate Loan | $ | 8,143,794.00 |
| **TOTAL LIABILITIES** | $ | **15,745,824.00** |
| **NET WORTH** | $ | **10,479,843.00** |

D.S.

# David Sajasi
## Financial Statement Detail
### January 2018

|  | ASSETS | LIABILITIES |
|---|---:|---:|
| **(1) Stocks & Securities Detail** | | |
| BHRAC, LLC. | $ 11,766,667.00 | $ 7,500,000.00 |
| BHL, LLC. | $ 1,300,000.00 | $ - |
| Phoenix Real Prop. | $ 83,000.00 | $ 102,030.00 |
| **Total Securities** | $ 13,149,667.00 * | $ 7,602,030.00 |
| | | |
| **(2) Real Estate** | | |
| Personal Residence | $ 12,000,000.00 | $ 6,750,000.00 |
| 9220 S. Sepulveda | $ 583,000.00 | $ 1,393,794.00 |
| **Total Real Property** | $ 12,583,000.00 | $ 8,143,794.00 |
| | | |
| **(3) Personal Property** | | |
| Personal Property | $ 275,000.00 | |
| **Total Personal Property** | $ 275,000.00 | |

*Stock & Securities values are based on an independent company's assessment*

I hereby certify that this information is true and correct to the best of my knowledge as of ___January / 30th___, 2018

By: ___[signature] Sajas.___      Date: ___January / 2018___

# Wells Fargo® Preferred Checking

Account number: 5335263868 ■ January 1, 2018 - January 31, 2018 ■ Page 1 of 4





023305 1 AV 0.378 39319

DAVID D SAJASI
GIGI D SAJASI
9369 NIGHTINGALE DR
LOS ANGELES CA 90069-1119

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288 (6 am to 7 pm PT, M-F)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ✓ |

### Activity summary

| | |
|---|---:|
| Beginning balance on 1/1 | $13,434.87 |
| Deposits/Additions | 75,205.03 |
| Withdrawals/Subtractions | - 14,605.17 |
| **Ending balance on 1/31** | **$74,034.73** |

Account number: 5335263868
DAVID D SAJASI
GIGI D SAJASI
*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

# Wells Fargo® High Yield Savings

Account number: 3931192052 ■ January 1, 2018 - January 31, 2018 ■ Page 1 of 3





013502 1 AV 0.378 50833

SAHRA SAJASI
A MINOR BY GIGI D SAJASI
9369 NIGHTINGALE DR
LOS ANGELES CA 90069-1119

### Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted
**1-800-742-4932**

TTY: 1-800-877-4833
En español: 1-877-727-2932
華語 1-800-288-2288 (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Activity summary

| | |
|---|---:|
| Beginning balance on 1/1 | $20,073.05 |
| Deposits/Additions | 1.02 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 1/31** | **$20,074.07** |

Account number: 3931192052
SAHRA SAJASI
A MINOR BY GIGI D SAJASI
California account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 121042882

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $1.02 |
| Average collected balance | $20,073.05 |
| Annual percentage yield earned | 0.06% |
| Interest earned this statement period | $1.02 |
| Interest paid this year | $1.02 |
| Total interest paid in 2017 | $12.04 |



# Portfolio By Wells Fargo®

Questions? Please contact us:

**Wells Fargo Premier Banking Team**[SM]
Available 24 hours a day, 7 days a week
Telecommunications Relay Services calls accepted
*Phone:* **1-800-742-4932**, *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932
華語 1-800-288-2288 (6 am to 7 pm PT, M-F)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

018378 1 AV 0.378 61536

DAVID D SAJASI
6085 VENICE BLVD
LOS ANGELES CA 90034-2237

## January 31, 2018

| | |
|---|---:|
| **Total assets:** | $123,996.95 |
| Last month: | $33,170.72 |
| Change in $: | $90,826.23 |
| Change in %: | 273.81% |
| **Total liabilities:** | $0.00 |
| Last month: | $0.00 |
| Change in $: | $0.00 |
| Change in %: | 0.00% |
| **Qualifying Balance:** | $123,996.95 |

| **Contents** | *Page* |
|---|---:|
| Overview. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2 |
| Wells Fargo Prime Checking. . . . . . . . . . . . . . . . . . . . 3 |

DCPG11UHYX 018378 NNNNNNNNNN NNN NNN 001 003 114 166735 20682247.3