

PROPERTY REPORT

# 9369 Nightingale Dr, Los Angeles, CA 90069





Presented by

## Howard Haber

**REALTOR®** | California Real Estate License: 01520629



Work: (818) 522-5271 | Mobile: (818) 522-5271 | Fax: (818) 772-4695

Main: haber4homes@gmail.com
Agent: www.haber4homes.com

JohnHart Real Estate
15125 Ventura Blvd. Unit 100
Sherman Oaks, CA 91403

Case 4:18-cv-00544-NKL   Document 22-2   Filed 07/31/18   Page 1 of 12


Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.   7/31/2018



# 9369 Nightingale Dr, Los Angeles, CA 90069



Legend: 🏠 Subject Property

**RECENTLY SOLD**
- *Sold Date: 5/18/2018*
- *Public Record*

## Sold Price

# $1,500,000

Sold Date: 5/18/2018

---

## Current Estimated Value

# $74,000

Last AVM Update: 7/10/2018

AVM Est. Range: $24,420 – $123,580

AVM Confidence: ★☆☆☆☆

⬇ AVM Change - Last 1 Month: -$2,000

➡ AVM Change - Last 12 Months: –

---

*This report contains data and information that is publicly available and/or licensed from third parties and is provided to you on an "as is" and "as available" basis. The information is not verified or guaranteed. Neither this report nor the estimated value of a property is an appraisal of the property. Any valuation shown in this report has been generated by use of proprietary computer software that assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of a property's value. Some portions of this report may have been provided by an RPR user; RPR is not responsible for any content provided by its users. RPR and its information providers shall not be liable for any claim or loss resulting from the content of, or errors or omissions in, information contained in this report.*


# Home Facts

## Home Facts

| | Public Facts | Listing Facts | Realtor Refinements |
|---|---|---|---|
| Property Type | Single Family Residence | – | – |
| Property Subtype | Single Family | – | – |
| Bedrooms | 4 | – | – |
| Total Baths | 8 | – | – |
| Full Baths | 8 | – | – |
| Partial Baths | – | – | – |
| Living Area (sq ft) | 8,402 | – | – |
| Lot Size | 0.88 acres | – | – |
| Lot Dimensions | 38369 SF | – | – |
| Pool | Yes | – | – |
| Year Built | 2013 | – | – |
| Heating | Central | – | – |
| Cooling | Central | – | – |
| Number of Units | 1 | – | – |

## Homeowner Facts

| | |
|---|---|
| Owner Name (Public) | Fred F Golestani 2011 Dynasty Trust, ; Golestani, M Fred |
| Mailing Address | 1476 56Th Sq E Vero Beach FL 32966-2312 |
| Vesting | TR,TT |
| Owner Occupied | Yes |




# Extended Home Facts



Legend: Subject Property

## Exterior Details

| | |
|---|---|
| Lot Size - Square Feet | 38369 sq ft |
| Lot Size - Acres | 0.880 ac |
| Neighborhood Code | 09/09161 |

## Location Details

| | |
|---|---|
| Zoning | LARE15 |
| Walkability Score (out of 5) | Overall: 3.7 \| Amenity: 3.8 \| Leisure: 2.6 |

## Schools (based on location)

| | |
|---|---|
| Elementary School | West Hollywood Elementary School |
| Middle School | Hubert Howe Bancroft Middle School |
| High School | Fairfax Senior High School |
| School District | Los Angeles Unified School District |

Case 4:18-cv-00544-NKL   Document 22-2   Filed 07/31/18   Page 4 of 12

 RPR

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

7/31/2018
4 of 12



# Property Photos



 

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



# Historical Photos








Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


# Comps and Adjustments



**LEGEND:** Subject Property | Pending | For Sale or For Lease | Distressed | Recent Sale | Off Market

## This Property

| | Proxim. | Days in RPR | Date | Amount | $/sq ft | Living Area | Lot Size | Beds | Baths | Built |
|---|---|---|---|---|---|---|---|---|---|---|
| 9369 Nightingale Dr, Los Angeles, CA 90069 — RECENTLY SOLD | – | – | 5/18/2018 Sold Date | $1,500,000 Sold Price | $179 | 8,402 sq ft | 0.88 acres | 4 | 8 | 2013 |

*No comps have been selected for this property.*

 RPR

Case 4:18-cv-00544-NKL   Document 22-2   Filed 07/31/18   Page 7 of 12

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

7/31/2018
7 of 12


# Property History

## Median Estimated Home Value

This chart displays property estimates for an area and a subject property, where one has been selected. Estimated home values are generated by a valuation model and are not formal appraisals.

Data Source: Valuation calculations based on public records and MLS sources where licensed

Update Frequency: Monthly

- This House
- 90069
- Los Angeles County
- California



## Sales History

| Sales Date | Sales Amount | Price per sq. ft. |
|---|---|---|
| 5/18/2018 | $1,500,000 | $179 |
| 4/20/1995 | $36,500 | $4 |

## Assessed Values

| Date | Improvements | Land | Total | Tax |
|---|---|---|---|---|
| 2017 | $3,718,375 | $1,481,859 | $5,200,234 | $62,841 |
| 2016 | $3,645,466 | $1,452,803 | $5,098,269 | $61,403 |
| 2015 | $3,590,708 | $1,430,981 | $5,021,689 | $60,498 |
| 2014 | $3,520,371 | $1,402,951 | $4,923,322 | $60,665 |
| 2013 | $723,547 | $1,396,611 | $2,120,158 | $26,435 |
| 2012 | $709,360 | $1,369,227 | $2,078,587 | $26,763 |
| 2011 | $695,451 | $1,342,380 | $2,037,831 | $25,870 |
| 2009 | $691,894 | $1,335,514 | $2,027,408 | – |
| 2007 | $665,028 | $1,283,655 | $1,948,683 | – |
| 2006 | $651,989 | $1,258,486 | $1,910,475 | – |
| 2005 | $651,989 | $1,258,486 | $1,910,475 | – |

## Legal Description

| APN: | Tax ID: | Zoning: | Census Tract: | Abbreviated Description: | City/Municipality/Township: |
|---|---|---|---|---|---|
| 5561-009-034 | – | LARE15 | 060371943.002001 | TRACT # 23753 LOT 68 | Los Angeles, CA 90069 |

 RPR

Case 4:18-cv-00544-NKL   Document 22-2   Filed 07/31/18   Page 8 of 12

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

7/31/2018
8 of 12



## Mortgage Records

| Recording Date | 11/7/2013 | 10/24/2013 | 5/12/2008 | 3/23/2007 |
|---|---|---|---|---|
| Borrower Name | DAVID SAJASI, GIGI DIANA SAJASI | DAVID SAJASI, GIGI DIANA SAJASI | DAVID D SAJASI, GIGI DIANA SAJASI | DAVID SAJASI |
| Vesting Type | Joint Tenants | Joint Tenants | – | – |
| Lender Name | JPMORGAN CHASE BANK NA | ELLIOTT BROIDY | WACHOVIA BANK NA | WASHINGTON MUTUAL BANK |
| Lender Type | Bank | Private Party (individual) | Bank | Bank |
| Loan Amount | $6,490,000 | $1,500,000 | $500,000 | $250,000 |
| Document Number | 13-1587845 | 13-1523996 | 08-0839874 | 07-0659754 |
| Loan Type | ARM (Adjustable Rate Mortgage as of August, 2009) | Unknown | Credit Line (Revolving) | Credit Line (Revolving) |
| Contract Date | 8/7/2013 | 10/9/2013 | 4/16/2008 | 1/21/2007 |
| TD Due Date | 9/1/2043 | – | 4/15/2038 | – |
| Finance Type | Adjustable Rate | – | – | Variable |
| Interest Rate | 3.37% | – | – | – |

## Deed Records

| Recording Date | 5/18/2018 |
|---|---|
| Document Type | Assignment of Agreement of Sale (Hawaii) |
| Sales Price | $1,500,000 |
| Sales Price Code | Full amount stated on Document. |
| Buyer Name | FRED F GOLESTANI 2011 DYNASTY TRUST, M FRED GOLESTANI |
| Buyer ID | Trust |
| Seller Name | DAVID SAJASI, GIGI D SAJASI |
| Seller ID | Husband and Wife |
| Document # | 18-0493796 |
| Contract Date | 5/1/2018 |





## Sales and Financing Activity

This chart shows a property's sales and financing history. It can be used to compare the value of the property as seen by public records, such as deeds and tax records, with the estimated home value. Actions taken against the owner, such as the issuance of a Notice of Default, are noted. Sales activity, such as listing date and price reductions, are highlighted.



Data Source: Public records and proprietary data; listing data from on- and off-market listings sources

Update Frequency: Valuations are updated twice monthly; actions on the home, such as listing activity or distressed property notices, are updated daily as made available from public records sources

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.


## Estimated Home Values



This map layer shows the average estimated home values, based on the AVMs and RVMs® for properties in an area. Source(s): Public records and MLS data where licensed; updated Quarterly.

## 12-Month Change in Estimated Value



This map layer shows the change in estimated home values over the past 12 months, based on the AVMs and RVMs® for properties in an area. Source(s): Public records and MLS data where licensed; updated Quarterly.

Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

7/31/2018
11 of 12


## Estimated Value per Square Foot



<$25    $200    >$1,000

This map layer shows average estimated value per square foot of homes, based on the AVMs and RVMs® for properties in an area. Source(s): Public records and MLS data where licensed; updated Quarterly.

## Flood Zone

**This property is in Flood Zone: X (unshaded), Low Risk**
Area of moderate flood hazard, usually the area between the limits of the 100-year and 500-year floods. B Zones are also used to designate base floodplains of lesser hazards, such as areas protected by levees from 100-year flood, or shallow flooding areas with average depths of less than one foot or drainage areas less than 1 square mile.



Low Risk    High Risk    Coastal

This map layer shows an area's flood zone designation as determined by the Federal Emergency Management Agency (FEMA). A high-risk area has a 1 percent or greater annual chance of flooding and a 26 percent chance of flooding over the life of a 30-year mortgage. High-risk areas are red or orange. The coast areas, shown in purple, are also considered high risk. Green areas are low to moderate risk. A moderate-risk area is between risk limits of a 100-year and 500-year flood. White areas are undetermined, and all other areas are considered no or low risk. For more details on the categories of flood risk, see http://support.narrpr.com/entries/319901-what-is-the-flood-zone-heat-map. Source(s): FEMA; updated Annually.


Copyright 2018 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

7/31/2018
12 of 12